# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## INSTANTER ORDER

November 6, 2012

*Before*

### WILLIAM J. BAUER, *Circuit Judge*

| | |
|---|---|
| No.: 12-2779 | THADDEUS JIMENEZ, Plaintiff - Appellee<br><br>v.<br><br>CITY OF CHICAGO, et al., Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:09-cv-08081<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The following are before the court:

1. **PLAINTIFF-APPELLEE'S MOTION FOR LEAVE TO FILE A SEALED DOCUMENT**, filed on October 23, 2012, by counsel for the appellee.

2. **PLAINTIFF-APPELLEE'S SEALED MOTION TO RECONSIDER AND/OR CLARIFY THE COURT'S ORDER DATED OCTOBER 15, 2012 DIRECTING THE RETURN OF CERTAIN MATERIALS TO THE DISTRICT COURT AND PLACING THEM UNDER SEAL**, tendered on October 23, 2012, by counsel for the appellee.

3. **DEFENDANTS' SEALED RESPONSE IN OPPOSITION TO MOTION TO RECONSIDER**, filed on November 2, 2012, by counsel for the appellants.

**IT IS ORDERED** that the motion for leave to file a sealed document is **GRANTED** to the extent that the clerk of this court shall file **INSTANTER** the tendered copy of the appellee's motion to reconsider as part of the public record.

**IT IS FURTHER ORDERED** that the motion to reconsider is **GRANTED** to the extent that the transcripts included at this court's docket no. 14 shall be unsealed and included in the public record.

form name: **c7_InstanterOrderFiled**(form ID: **123**)